PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:87CR00039** |
| | ) | |
| **Joseph KINSEY** | ) | |
| | ) | |

On November 20, 1998, the above-named commenced a 10-year term of Supervised Release.  He has completed 84 months of the ordered 120 months.  He is supervised by the Central District of California Probation Office.  He has complied with the rules and regulations of supervision.  They are recommending he be discharged from supervision.

Respectfully submitted,

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:      December 19, 2005
            Elk Grove, California
            DAS:kms

Rev. 03/2005
PROB35.MRG

**Re:    Joseph KINSEY**
**Docket Number:   2:87CR00039**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**ORDER OF COURT**

It is ordered that Joseph KINSEY be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  December 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DAS:kms
Attachment:    Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office